

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2014

No. 04-12-00854-CR

Romeo **HINOJOSA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2011-CRM-635-D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

On March 24, 2014, Appellant Romeo Hinojosa filed a motion for rehearing and a motion for en banc reconsideration. *See* TEX. R. APP. P. 49.1, 49.7. The court requests the State of Texas file a response to the motions. *See id.* R. 49.2. If the State chooses to file a response, any such response must be filed not later than **April 28, 2014**.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court